IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYISHA RAMSEY, | ) |
| | ) NO.: 2:23-cv-301 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| THE SHERWIN-WILLIAMS COMPANY | ) |
| | ) |
| | ) *ELECTRONICALLY FILED* |
| Defendant. | ) |

## COMPLAINT

Plaintiff, TYISHA RAMSEY, a citizen of the Commonwealth of Pennsylvania, by and through her counsel, Weisberg Cummings, P.C., brings this civil action for damages against the above-named Defendant, THE SHERWIN-WILLIAMS COMPANY, a business incorporated in and having its principal place of business in the State of Ohio, and complains and alleges as follows:

### JURISDICTION AND VENUE

1. This Complaint alleges violations of the Pennsylvania Criminal Records Information Act ("CHRIA"), 18 Pa.C.S. § 9101, *et seq.*, insofar as Plaintiff was improperly denied employment with Defendant on the basis of her criminal history and not provided written notice of this decision as required by CHRIA.

2. The jurisdiction of this District Court is conferred by 28 U.S.C. § 1332, in that there is complete diversity of citizenship between the parties, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

3. Venue is proper in the Western District of Pennsylvania pursuant to 28 U.S.C. § 1391(a) because Defendant resides in this Judicial District and a substantial part of the events or omissions giving rise to these claims occurred in this Judicial District.

## THE PARTIES

4. Plaintiff, Tyisha Ramsey (hereinafter "Ms. Ramsey" or "Plaintiff"), is an adult individual residing in Duquesne, Allegheny County, Pennsylvania.

5. Defendant, The Sherwin-Williams Company ("Sherwin-Williams"), is an Ohio corporation with its headquarters and principal place of business located at 101 West Prospect Avenue, Cleveland, Cuyahoga County, Ohio 44115.

6. Sherwin-Williams manufactures, distributes and sells paints, coatings, and related products to professional, industrial, commercial, and retail customers throughout the Americas, including within the Commonwealth of Pennsylvania.

7. At all times relevant and material hereto, Sherwin-Williams owned and operated a retail location at 140 Lysle Boulevard, McKeesport, Allegheny County, Pennsylvania, 15132 (hereinafter the "McKeesport Location").

## STATEMENT OF FACTS

8. In or around early October 2022, Ms. Ramsey expressed an interest in open/posted retail positions at Sherwin-Williams in and around the Pittsburgh, Pennsylvania area through Indeed, a third-party employment website for available job listings.

9. Soon thereafter, Ms. Ramsey was contacted by a Talent Acquisition Specialist with PreTrax, Inc. (hereinafter "PreTrax"), a third-party employment recruiter for Sherwin-Williams.

10. After working with PreTrax to satisfy and complete all of the hiring prerequisites for employment consideration with Sherwin-Williams, Ms. Ramsey was offered conditional employment at the McKeesport Location provided her criminal history record information background report was acceptable to Defendant.

11. At the time Ms. Ramsey applied for employment with Sherwin-Williams, she was an individual with a criminal history.

12. Specifically, Ms. Ramsey has multiple misdemeanor convictions that were approximately five (5) years old at the time of her application for employment with Sherwin-Williams.

13. Approximately two (2) weeks after being hired by Sherwin-Williams on a conditional basis, on or about October 18, 2022, Ms. Ramsey was contacted and informed by PreTrax that Sherwin-Williams decided to rescind her conditional offer of employment as a result of information contained in her criminal history record information background report.

14. CHRIA prohibits employers from denying employment on the basis of an employment applicant's criminal history record information file when the decision of whether or not to hire the applicant is unrelated to the applicant's suitability for employment in the position for which he has applied. Specifically, Section 9125 of CHRIA states the following in relevant part:

> § 9125. Use of records for employment.
>
> (a) General rule. -- Whenever an employer is in receipt of information which is part of an employment applicant's criminal history record information file, it may use that information for the purpose of deciding whether or not to hire the applicant, only in accordance with this section.
>
> (b) Use of information. -- Felony and misdemeanor convictions may be considered by the employer only to the extent to which they relate to the applicant's suitability for employment in the position for which he has applied.
>
> (c) Notice. -- The employer shall notify in writing the applicant if the decision not to hire the applicant is based in whole or in part on criminal history record information.

15. In this instance, Ms. Ramsey's criminal history and background do not relate to her suitability for employment as an employee with Sherwin-Williams at its McKeesport Location, especially considering her most recent conviction is approximately five (5) years old.

16. Therefore, Sherwin-Williams's decision not to select/consider Ms. Ramsey for these retail positions and to disqualify her from employment altogether because of her criminal history constitutes a violation of her rights under CHRIA.

17. Sherwin Williams's violation of CHRIA was further illustrated when Ms. Ramsey was contacted by another Talent Acquisition Specialist with PreTrax through Indeed from the purpose of recruiting Ms. Ramsey from employment with Sherwin-Williams within weeks after her initial, aforementioned conditional employment offer was rescinded.

18. Although still in need of employment, Ms. Ramsey felt compelled because of her prior experience with Sherwin-Williams to disclose to this Talent Acquisition Specialist that she was already considered for and had been denied employment.

19. Accordingly, Ms. Ramsey brings this lawsuit pursuant to CHRIA, which permits her to file a private right of action against Sherwin-Williams for these violations.

## COUNT I

### VIOLATIONS OF CHRIA

20. All prior paragraphs are incorporated herein as if set forth fully below.

21. Section 9125(b) of CHRIA prohibits employers from denying employment on the basis of a criminal record other than for felony and misdemeanor convictions. 18 Pa.C.S. § 9125(b).

22. Section 9125(b) of CHRIA also limits an employer's consideration of an applicant's felony and misdemeanor convictions for hiring purposes "*only* to the extent to which they relate to the applicant's suitability for employment in the position for which he has applied." 18 Pa.C.S. § 9125(b) (emphasis added).

23. At the time Defendant denied Plaintiff employment on the basis of her criminal history, Plaintiff did not have any felony or misdemeanor convictions that affected her suitability for employment in the positions for which she had applied and been offered conditional employment.

24. Because Defendant denied Plaintiff employment on the basis of her criminal history record information file under these circumstances, Defendant violated CHRIA.

25. In considering Plaintiff's criminal history record information file where her previous convictions did not relate to the position for which he had applied, Defendant willfully violated CHRIA, 18 Pa.C.S. § 9125.

**WHEREFORE**, Plaintiff, Tyisha Ramsey, respectfully requests judgment against Defendant, The Sherwin-Williams Company, with all damages available under Section 9183 of the Pennsylvania Criminal History Records Information Act, including actual and real damages, exemplary and punitive damages, reasonable costs of litigation, attorneys' fees, and any such other relief as this Honorable Court deems just and appropriate, in an amount in excess of $75,000, exclusive of interests and costs. Plaintiff further respectfully requests that the Court enter an Order prohibiting Defendant from continuing its illegal policy, practice, or custom of discriminating against job applicants on the basis of their criminal history.

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | **WEISBERG CUMMINGS P.C.** |
| Dated: February 23, 2023 | */s/ Derrek W. Cummings* <br> Derrek W. Cummings (PA 83286) <br> dcummings@weisbergcummings.com |
|  | */s/ Larry A. Weisberg* <br> Larry A. Weisberg (PA 83410) <br> lweisberg@weisbergcummings.com |
|  | */s/ Michael J. Bradley* <br> Michael J. Bradley (PA 329880) <br> mbradley@weisbergcummings.com |
|  | */s/ Steve T. Mahan* <br> Steve T. Mahan (PA 313550) <br> smahan@weisbergcummings.com |
|  | 2704 Commerce Drive, Suite B <br> Harrisburg, PA 17110 <br> (717) 238-5707 <br> (717) 233-8133 (Fax) |
|  | *Counsel for Plaintiff* |