IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TYISHA RAMSEY, ) | |
| ) | CIVIL ACTION NO.: 2:23-cv-00301-MJH |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THE SHERWIN-WILLIAMS ) | |
| COMPANY ) | *ELECTRONICALLY FILED* |
| ) | |
| Defendant. ) | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Tyisha Ramsey, and Defendant, The Sherwin-Williams Company, by and through their respective undersigned counsel, hereby stipulate that based upon the settlement reached by Plaintiff and Defendant in the above-captioned action, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all claims shall be dismissed with prejudice, with each party to bear its own attorneys' fees, costs, and disbursements.

|  | Respectfully submitted, |
|---|---|
| */s/ Michael J. Bradley* | */s/ Maria Greco Danaher* |
| Michael J. Bradley | Maria Greco Danaher |
| mbradley@weisbergcummings.com | maria.danaher@ogletree.com |
| **WEISBERG CUMMINGS, P.C.** | **OGLETREE, DEAKINS, NASH,** |
| 2704 Commerce Drive, Suite B | **SMOAK & STEWART, P.C.** |
| Harrisburg, PA 17110 | One PPG Place, Ste. 1900 |
| (717) 238-5707 | Pittsburgh, PA 15222 |
|  | (412) 230-8932 |
| *Counsel for Plaintiff* | *Counsel for Defendant* |
| Dated: May 2, 2023 | Dated: May 2, 2023 |

IT IS SO ORDERED on this 3rd day of May 2023.

*Marilyn J. Horan*
United States District Judge